

# Katten
### Katten Muchin Rosenman LLP

575 Madison Ave.
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

JESSICA M. GARRETT
jessica.garrett@kattenlaw.com
312.940.6523 direct
212.940.8776 fax

March 22, 2017

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Via Electronic Court Filing System**

Re:   *Yang v. Barstool Sports, Inc.*, Case No. 1:17-cv-01559-LTS

Dear Judge Swain,

We represent Barstool Sports, Inc., the defendant in the matter *Yang v. Barstool Sports, Inc.*, Case No. 1:17-cv-01559-LTS. As required by Section A(1)(f) of your Individual Practices, we submit this letter motion to request an extension of the defendant's time to answer the Complaint filed in the above-referenced matter from March 24, 2017 to April 24, 2017.

There have been no previous requests for extension in this matter, and counsel for plaintiff has consented to such extension.

Sincerely,

*/s/ Jessica Garrett*

Jessica M. Garrett, Esq.


cc:   Richard Liebowitz, Esq.
      Joel Weiner, Esq.

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

125422689